## Second Department, November, 1952.

### (November 3, 1952.)

■

Sal Albanese et al., Respondents, v. Fair Haven Homes, Inc., et al., Defendants, and Lillian Sagarese, Appellant.— Appeal by a defendant in a mortgage foreclosure action from an order denying her motion to open a default on plaintiffs' motion for summary judgment. Order affirmed, without costs. Assuming that appellant is entitled to some relief against the escrow agent for alleged breach of an escrow agreement, she has no defense to this foreclosure action. Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

■

Agatha Di Giorgi, Respondent, v. Frank Di Giorgi, Appellant.— Defendant appeals from an order denying his motion pursuant to section 1172-a of the Civil Practice Act to modify (1) the judgment of divorce theretofore granted against him by reducing the amount of alimony therein from $40 a week to $25 a week, and (2) an order theretofore made adjudging him to be in contempt of court for failure to comply with the alimony provisions of said judgment by reducing the amount of the payments by which he was, by the terms of said order, permitted to purge himself of said contempt, from $10 a week to $5 a week. Order affirmed, with $10 costs and disbursements. Appellant has failed to comply with a previous order which predicated a renewal of the motion for a reduction in alimony upon a showing that arrearages shall have been substantially reduced. Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

■

Julius E. Foster, Respondent, v. Louis W. Parker et al., Appellants, et al., Defendants.— In an action on two contracts of joint venture, defendants Parker appeal from so much of an order as denies their motion to dismiss the first three causes of action alleged in the complaint, pursuant to rule 106 of the Rules of Civil Practice. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.